Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_EATERN_ District of _VA_

_Civil_ Division

MARK DOWNEY

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

STATE OF MI
NORTHFIELD, MI
WASHTENAW, MI

_Defendant(s)_
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:19-CV-172 (TSE/IDD)

(to be filled in by the Clerk's Office)

Jury Trial:  (check one)  ☒Yes  ☐No

FILED

FEB 13 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | MARK DOWNEY |
| Street Address | DRAWER 55 |
| City and County | MCLEAN          FAIRFAX |
| State and Zip Code | VA     22101-0729 |
| Telephone Number | 703-790-9433 |
| E-mail Address | DOWNEYDATA@NET2MO.NET |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title (if known).  Attach additional pages if needed.

1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — BIll Schuette

Job or Title *(if known)* — AG - STATE OF MI

Street Address — 525 W. OTTAWA STREET

City and County — LANSING

State and Zip Code — MI 48909

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 2**

WASHTENAW, MI

Name — CURTIS HEDGER

Job or Title *(if known)* — CORPORATION ATTY

Street Address — 220 N. MAIN ST,

City and County — ANN ARBOR

State and Zip Code — MI 48104

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

NORTHFIED TOWNSHIP, MI

Name — PAUL BURNS

Job or Title *(if known)* — ATTY

Street Address — 113 W. GRAND BIVd.

City and County — BRIGHTON

State and Zip Code — MJ 48116-1600

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   PERSONAL INJURY- USC
PUNITAIVE DAMAGES - USC

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*   MARK   DoWNEY   , is a citizen of the State of *(name)*   VA   .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)           WAshTENAW, MI
NORTHFEILd, MI

a.     If the defendant is an individual

The defendant, *(name)*   STATE OF MI   , is a citizen of the State of *(name)*   MI   . Or is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1 30M

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PERSONAL INJURY SUSTAINED BY
GOVERNMENTS / REAL ESTATE
HARASSMENT.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(COUNTS(6)

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       2/12/19

Signature of Plaintiff

Printed Name of Plaintiff       MARK  DOWNEY

**B.     For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_____ C i v i l _____ **DIVISION**

MARK DOWNEY
_____
                    Plaintiff(s),

STATE OF MI
NORTHFIELD, MI
WASHTENAW, MI
_____
                    Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of ___Complaint / Motions___.
                                                              **(Title of Document)**

MARK DOWNEY
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: ___2/12/19___ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**United States of America:**
      **District Court of the Eastern District of Virginia**

| | |
|---|---|
| **Mark Downey**<br>**Drawer SS**<br>**McLean, VA 22101-0729**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**Curtis Hedger**<br>**Corporation Attorney**<br>**(Serve)**<br>**Washtenaw County (Sue)**<br>**220 N. Main Street**<br>**Ann Arbor, MI 48104**<br><br>**Attorney General, Bill Schuette**<br>**(Serve)**<br>**State of Michigan (Sue)**<br>**G. Mennen Williams Building**<br>**525 W. Ottawa Street**<br>**P.O. Box 30212**<br>**Lansing, MI 48909**<br><br>**Paul Burns, Attorney (Serve)**<br>**Northfield Township (Sue)**<br>**113 W. Grand Blvd**<br>**Brighton, MI 48116-1600.**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case: _____**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

**MAY IT PLEASE THE COURT;**

COME NOW the Plaintiff, Mark Downey, pro se, a former Federal Disabled Federal Forensic Scientist/Technologist/Programmer on a Federal Disability, Son of the Estate of Virginia Downey, Former Interior Designer for Henry Ford, also Disabled who respectfully demands judgment Against the aforementioned named Defendant, on the grounds and in the amount as are Hereinafter set forth below.

The Washtenaw County, Michigan population is 344,791; the population of Ann Arbor, Michigan is 121,000; the population of Northfield, Michigan, 8,600, the population of the State of Michigan is 10 Million – Total Population of Defendant is 10 Million.  The Budget of the State of Michigan is $56.3 Billion.

### Introduction

The following Complaint consists of the following descriptors;

- **Willful;**
- **Deliberate**
- **Unethical**
- **Reckless;**
- **Ill Advised;**
- **Civil Rights Violations;**
- **Malicious;**
- **Interference;**
- **Independent Conspiracy;**
- **Harm;**
- **Unfounded;**
- **Color of Law Violation**
- **Collaboration in Concert;**
- **Illegal Attempted Adverse possession;**
- **Insufficient Denial Grounds.**

### _Joint and Several Liability is in Effect_

## FACTS

The subject property is a parcel of land in Whitmore Lake subdivision of Washtenaw County, Michigan.  The property was obtained in an unusual manner; the Plaintiff's Grandmother Margaret Schrader-Downey won the land while attending a show in the 1920s.  Since that time the Downey family has been paying property taxes on the land, the last owner being Plaintiffs Mother, Virginia Rose Downey.  The Downey family desperately sought information on the parcel of land without avail.  Virginia Downey passed away in 2014 and Mark Downey, the Plaintiff diligently tried to have his name placed on the parcels title. Whitmore Lake/Washtenaw County deliberately and willfully refused title to the Plaintiff. In the first attempt a death certificate, check and Deed of Gift was mailed. Second time, they stated the check amount was wrong, the Deed of Gift has to note the parcel and location and who it was drafted by, with consideration. The third time

they said the check amount was wrong, County name was not on the Deed of Gift, the document drafted by, Certificate Death certificate, Acknowledgement needed and notarized A Will was enclosed that showed initial were used.  The Fourth time they said Legal signature of Virginia R. Downey – Requested proof of signature (driver's License, stated id, etc.) and Deed has no notary statement regarding her signature, Grantor (required) Virginia "signature" was not notarized, Grantee (not required) Mark K. Downey only party signed/notarized Will not accepted for recording.   A Will is Not necessary or relevant, Plaintiff supplied a Deed of Gift dated prior to the passing of Virginia Downey. Some time ago Whitmore Lake sent a letter to the Downey's requesting the Downey's to donate the property to them. The Downey's ignored the letter.  Now we contend that Whitmore Lake/Washtenaw County to trying to illicitly and deviously trying to obtain the parcel of land by not granting rightful title to the Plaintiff.  Mark Downey has paid the property taxes since 2014.  The property tax statements

10

have the name of the Plaintiff, Mark Downey which confirms Plaintiff's ownership of the property. The parcel's Property Tax used to be 50 cents then the taxes were over $7.00, a small amount but that is an increase of 1400%. Now Whitmore Lake sent a tax bill and demanded $45.05, a 9,000 percent increase. The Property is only assessed for $100.00. Mark Downey called Northfield Township/Whitmore Lake and the Assistant for Treasurer Lenore Zelenoeck who said, "It is a Special Assessment by Washtenaw County", with absolutely no explanation.   Washtenaw County is the correct Defendant.   I was directed to call Johnathan Pelukas of Public Works to adjust the tax bill, no one ever answers the telephone.

The Statue of Limitations is in affect; the last excessive Real Estate Tax bill was due on February 13, 2019.

The United States District Court Eastern District of Virginia is the correct jurisdiction.

The Federal court jurisdiction, is limited to the types of cases listed in the Constitution and specifically provided for by Congress. For the most part, federal courts only hear:

- **Cases in which the United States is a party;**
- _**Cases involving violations of the U.S. Constitution or federal laws (under federal-question jurisdiction);**_
- _**Cases between citizens of different states if the amount in controversy exceeds $75,000 (under diversity jurisdiction); and**_
- **Bankruptcy, copyright, patent, and maritime law cases.**

In some cases, both federal and state courts have jurisdiction. This allows parties to choose whether to go to state court or to federal court.

**The Complaint elements are substantiated as follows;**

1) _**COUNT 1 – Personal Injury Induced by the Government SEVERE STRESS - Psychological & Physical**_

- **The Plaintiff is Disabled;**
- **Severe esophagus problem, cannot swallow when eating;**
- **Coughing spells throughout the day;**
- **Heartburn 6 times a day;**
- **Severe Weight Loss;**
- **Loss of Appetite;**
- **Passed out while driving, when home he passed out for 3 hours.**
- **Substantiated Disability; Downey v. State of Michigan, a Federal Judge granted a Disability Fee Waiver, and the State of Virginia provided a letter for a Disabled Schedule A non-competitive Federal SES appointment.**

### *State the Claim Count.*

The Plaintiff made exhaustive efforts to resolve the claim and the only resort was to file a Federal Claim.  During the fruitless efforts to resolve the claim without litigation, the Plaintiff suffered extensive stress ramifications, Physiological and Physical Personal Injury from Michigan's

Relentless efforts to deviously and unethically obtain the rights to the property.  In addition the Plaintiff is Disabled and had to cope with the loss of his Best Friend, his Mother, a Pillar of the Community and Former Interior Designer for Henry Ford. She suffered from Diabetes, heart problems, high Cholesterol and Alzheimer's.  In the last days of her life, the Plaintiff had to feed her with an eye-dropper.  Michigan compounded the stress.

Claim - $5M plus punitive damages of the industry practice of three times the amount of $15M. The amount sought and the punitive damages have to reflect the size of the entity and the seriousness of the incidents.  The budget of the State of Michigan is $56.3 Billion and the seriousness of the Claim has statewide implications and ramifications that will be resolved with this Claim.

## 2) COUNT 2 – *Punitive Damages.*
In 18 USC Code 2255 Civil Remedy for Personal Injuries, the Statue allows for punitive damages; the industry standard is three times and is based upon the size of the entity and seriousness of the incident;

three-times punitive damages are for all Counts. The Virginia Consumer Protection Act is a statute like all 50 states, called Uniform Deceptive Acts and Practices statutes.  They prohibit any misreprentation, fraud, false promises or unfair acts. These statutes provide the recovery of punitive damages.  *The punitive damages is three times the amount.*

13

The Virginia Consumer Protection Act is a state statute.  A Plaintiff can bring a cause of action for a violation of the VCPA in Federal Court when there is an independent jurisdiction in the Federal Court for the claim.  This means that the complaint must contain a claim for a violation of another federal statute or there must be complete diversity between the Plaintiff and Defendant and the amount in controversy must exceed $75,000.

**Code of Virginia, Chapter 51, Civil Conspiracy, Section 51:1 Elements.**
If you believe from preponderance of the evidence that Defendants agreed to unlawful means used the defendants, the defendants were guilty of conspiracy.  If you further believe such evidence that any such conspiracy was the proximate cause of injury to the Plaintiff then you shall return your verdict in favor of the Plaintiff.

### *State the Claim Count.*

An assessment of 18,000% is clearly unjustified, excessive and deliberate and monetary and punitive damages are warranted.  In addition, three different Michigan Governments are involved in the Claim and are Defendants.  All sought to unethically acquire ownership of the property, the CIVIL conspiracy Claim is warranted.

Claim - $5M plus punitive damages of the industry practice of three times the amount of $15M. The amount sought and the punitive damages have to reflect the size of the entity and the seriousness of the incidents.  The budget of the State of Michigan is $56.3 Billion and the seriousness of the Claim has statewide implications and ramifications that will be resolved with this Claim.

14

**COUNT 3 –Government Fictitious and Fabricated Real Estate Assessment Bill One.**

**The amount is small however the amount is compounded by the population of 10 Million the population of the State of Michigan.**

**_State the Claim Count._**

**An assessment of 18,000% is clearly unjustified, excessive and deliberate and monetary and punitive damages are warranted.**

**Claim - $5M plus punitive damages of the industry practice of three times the amount of $15M. The amount sought and the punitive damages have to reflect the size of the entity and the seriousness of the incidents.  The budget of the State of Michigan is $56.3 Billion and the seriousness of the Claim has statewide implications and ramifications that will be resolved with this Claim.**

**COUNT 4– Government Fictitious and Fabricated Real Estate Assessment Bill Two.**

**Claim - $5M plus punitive damages of the industry practice of three times the amount of $15M. The amount sought and the punitive damages have to reflect the size of the entity and the seriousness of the incidents.  The budget of the State of Michigan is $56.3 Billion and the seriousness of the Claim has statewide implications and ramifications that will be resolved with this Claim.**

**_State the Claim Count._**

**An assessment of 18,000% is clearly unjustified, excessive and deliberate and monetary and punitive damages are warranted.**

**The Real Estate Assessment Clerk said, "We do not mail bills for 50 cents; that was a mistake."  So what did they do, they increased the bill 18,000 percent.**

15

Claim - $5M plus punitive damages of the industry practice of three times the amount of $15M. The amount sought and the punitive damages have to reflect the size of the entity and the seriousness of the incidents.  The budget of the State of Michigan is $56.3 Billion and the seriousness of the Claim has statewide implications and ramifications that will be resolved with this Claim.

**COUNT 5 – Government Illegal Attempted Adverse Possession.**

**Adverse possession,** sometimes colloquially described as "squatter's rights", is a legal principle under which a person who does not have legal title to a piece of property—usually land (real property)—acquires legal ownership based on continuous possession or occupation of the land without permission of its legal owner.

In general, a property owner has the right to recover possession of their property from unauthorized possessors through legal action such as ejectment.

### *State the Claim Count.*

The Governments of Michigan made numerous unethical attempts to obtain ownership of the property;

- by demanding ownership of the property in correspondence;
- by assessing property taxes in excess of the property value, over 9,000%;
- by assessing property taxes in excess of the property value, a second time, now 18,000%, (one demand might be a mistake, a second time is deliberate);
- by assessing the property value at 18,000% Michigan unethically had hoped the Plaintiff would not pay the exorbitant property taxes and surrender the property to the State of Michigan.

16

## COUNT 6 – Property Title.

This Count is to place the Title of the property rightfully in the Plaintiff's name.

## State the Claim Count.

It has been substantiated that the property is rightfully owned by the Plaintiff and the case should be resolved and finalized by granting property title.

Claim - $5M plus punitive damages of the industry practice of three times the amount of $15M. The amount sought and the punitive damages have to reflect the size of the entity and the seriousness of the incidents.  The budget of the State of Michigan is $56.3 Billion and the seriousness of the Claim has statewide implications and ramifications that will be resolved with this Claim.

**EXHIBITS**
**A) Downey Letter 8/14/14**
**B) Downey Returned Check 9/6/14**
**C) Rejection Letter 10/3/14**
**D) Rejection Letter 10/27/14**
**E) Downey Letter 11/10/14**
**F) Whitmore Rejection Letter 11/24/14**
**G) VRD Will**
**H) Deed of Gift**
**I) Individual Acknowledgement**
**J) VRD Death Certificate**
**K) Property Tax Bill – 2/14/2018 - $45.06**
**L) Property Tax Bill – 2/14/2019 - $45.46**


**DEMAND FOR JURY**

**The Plaintiff exercises the right and demands a Jury Trial.**

**Mark Downey, pro se**
**Drawer SS**
**McLean, VA 22101-0729**

**(703) 790-9433**
**downeydata@cox.net**

**Certificate of Service**

**I certify that a true copy of the Complaint and Motions were mailed or handed to the Defendant by a Process Server, and a Copy was filed with the Court.**

**Mark Downey, pro se**
**downeydata@netzero.net**

**Land Records**
 **8350 Main Street**
**Whitmore Lake, MI 48189**

**Washtenaw County Register of Deeds**
**200 N Main St**
**Ann Arbor, MI 48104**

**August 14, 2014**

**Dear Sir or Madam:**

**Please enter my name, Mark K. Downey as the new owner of the
enclosed property and send confirmation.**

**Grateful,**

**Mark Downey**
**Drawer SS**
**McLean, VA 22101-0729**

**(703) 790-9433**
**downeydata@netzero.net**





Lawrence Kestenbaum
Washtenaw County
Clerk / Register of Deeds
200 N. Main St.
Ste. 110
Ann Arbor, Michigan 48107-8645
734-222-6710

MARK K DOWNEY
DRAWER SS
MC LEAN, VA 22101-0729

**Washtenaw County Michigan**
**Lawrence Kestenbaum Clerk / Register of Deeds**

Rejection Letter

10/03/2014

REJ-141493                    DEED/MISCELLANEOUS

Grantor: DOWNEY VIRGINA R ESTATE
Grantee: DOWNEY MARK K

Your legal instrument cannot be recorded or filed in this office due to the reasons listed below:

*Legal description must include City/Township/Village, County and State.  Address is not sufficient.

*Miscellaneous - See Below.

Enclosed please find a Deed of Gift and Death Certificate for Virginia R Downey, and check #205 in the amount of $28.00. Note that the deed is not appropriately notarized.  The notary statement witnessing the signature of the grantor is required.  The document cannot be notarized after it has been signed.  The legal signature of Virginia Rose Downey is required. Please write the name of the subdivision on the document next to the lot number. The death certificate must be filed separately from the Deed.  Please seek legal assistance or contact me at 734-222-6710 if you have any questions. Thank you.  (df #22)  THIRD NOTICE.

Lawrence Kestenbaum County Clerk / Register

Deputy Register of Deeds



Lawrence Kestenbaum
Washtenaw County
Clerk / Register of Deeds
200 N. Main St.
Ste. 110
Ann Arbor, Michigan 48107-8645
734-222-6710

MARK K DOWNEY
DRAWER SS
MC LEAN, VA 22101-0729

**Washtenaw County Michigan**
**Lawrence Kestenbaum Clerk / Register of Deeds**

Rejection Letter

10/27/2014

REJ-141985                    DEED/MISCELLANEOUS

Grantor: DOWNEY VIRGINIA R
Grantee: DOWNEY MARK K

Your legal instrument cannot be recorded or filed in this office due to the reasons listed below:

*Signatures must be consistent with names on document.

*Miscellaneous - See Below.

Grantor (Virginia R Downey) legal signature required. Show proof that her initials were her legal signature. Her Signature required notarization when she signed on Mar. 3rd. The Notary cannot be added later because they had to witness her signature. Grantee (Mark K Downey) does not sign deed, ONLY the Grantor. This deed has been submitted 3x and clearly you need LEGAL ASSISTANCE prior to any future submission. The most recent page you have included is related to YOUR signature and unnecessary for this transaction. An additional notary is unacceptable and cannot address a signature in which they did not witness. REJ-141493 Return check # #205 $28.00

Lawrence Kestenbaum County Clerk / Register

Dawn Myrdal (#22)

Deputy Register of Deeds

**Lawrence Kestenbaum**
**C/O Dawn**
**Washtenaw County**
**Clerk/Register of Deeds**
**200 N. Main Street**
**Suite 110**
**An Arbor MI 48107-8645**

**November 10, 2014**

**Dear Dawn:**

**I keep sending additional information to you that you request and you keep asking for more information;**

**1) Check Amount was wrong;**
**2) County name was not on the Deed of Gift;**
**3) Who the document was drafted by;**
**4) Certified Death Certificate;**
**5) Acknowledgement needed and notarized;**
**6) Now, new, you want verification of Grantor initials.**

**I feel I am getting a run-around, I am disabled, I just had a death in the family and you are NOT accommodating under the the Federal Law ADA – American with Disabilities Act Title II.**

**I now enclosed a copy of the Will of Virginia R. Downey which has her initials and confirms her signature. We need to conclude this matter.**

**Sincerely,**

**Mark K. Downey**
**Drawer SS**
**McLean, VA 22101-0729**

**(703) 790-9433**
**downeydata@netzero.net**



Lawrence Kestenbaum
Washtenaw County
Clerk / Register of Deeds
200 N. Main St.
Ste. 110
Ann Arbor, Michigan 48107-8645
734-222-6710

MARK K DOWNEY
DRAWER SS
MC LEAN, VA 22101-0729

**Washtenaw County Michigan**
**Lawrence Kestenbaum Clerk / Register of Deeds**

Rejection Letter

11/24/2014

REJ-142124                    DEED/MISCELLANEOUS

Grantor: DOWNEY VIRGINIA R
Grantee: DOWNEY MARK K

Your legal instrument cannot be recorded or filed in this office due to the reasons listed below:

*Signatures must be consistent with names on document.

*Miscellaneous - See Below.

*Recording Fees are $14 for 1st page, $3 each additional page.

*See attached letter*

Regarding REJ-141985 (MCLA 565.201 Sec. 1(a) (b)
Legal signature of Viriginia R Downey - Requested proof of signature (drivers license, state id, etc.)  -  and
Deed has no notary statement regarding her signature.
Grantor (required) Virginia's "signature" was not notarized.
Grantee (not required) Mark K Downey only party signed/notarized.
Will - not accepted for recording - Probate Court only.
Death certificate -  is recordable - $14.00
Deed - currently has 2 pages - $17.00 (status unknown)
Lawrence Kestenbaum County Clerk / Register

*Dawn / Susan*
Deputy Register of Deeds

*COPY*

November 25, 2014

Dear Mr. Mark K. Downey,

Regarding the previous correspondence from you we find the following:

1) Check amount may continue to be incorrect as you send additional information. Each document is $14.00 first page, and $3.00 each additional page per document.

2,3,4) County name, the Drafted by, and the Certified Copy of Death Certificate appear to have all been addressed in your prior submission.

5,6) The Grantor initials versus the missing legal signature of Virgina R. Downey has been brought to your attention numerous times, and has yet to be addressed.

A copy of an incomplete and unfiled Will is not acceptable for proof of signature.  The Will may be filed.

AND, due to the numerous submissions without resolution it is recommended that you seek some form of legal advice regarding the absence of Virginia R Downey's  signature. In addition, the Notary on Page 1 had to be acknowledging your signature, as the Notary signed on 8/12/14, which date is after Virginia R Downey's death on 7/10/14.

Then, unknown to our office why  you have since added Page 2 of Deed where you have signed and your signature notarized by a 2nd notary,  All of which is unnecessary because Virginia R. Downey was the ONLY person required to sign the Deed.

Regarding REJ-141985 (MCLA 565.201 Sec. 1(a) (b)

Legal signature of Viriginia R Downey - Requested proof of signature (a driver license, state id, etc.) - and Deed has no notary statement regarding her signature.

Grantor (required) Virginia's "signature" was not notarized.

Grantee (not required) Mark K Downey only party signed/notarized.

Will - not accepted for recording - Probate Court only.

Death certificate -  is recordable - $14.00

Deed - currently has 2 pages - $17.00 (status unknown) You continue to send documentation which is not relevant to the Deed. You may require legal advice. Please feel free to CALL our office for additional information. Check #205 $28.00 returned (See above- currently 2 docs -$31.00)

*COPY*

Lawrence Kestenbaum
C/O Dawn
Washtenaw County
Clerk/Register of Deeds
200 N. Main Street
Suite 110
An Arbor MI 48107-8645

November 10, 2014

Dear Dawn:

I keep sending additional information to you that you request and you
keep asking for more information;

1) Check Amount was wrong;
2) County name was not on the Deed of Gift;
3) Who the document was drafted by;
4) Certified Death Certificate;
5) Acknowledgement needed and notarized;
6) Now, new, you want verification of Grantor initials.

I feel I am getting a run-around, I am disabled, I just had a death in the
family and you are NOT accommodating under the the Federal Law
ADA – American with Disabilities Act Title II.

I now enclosed a copy of the Will of Virginia R. Downey which has her
initials and confirms her signature.  We need to conclude this matter.

Sincerely,

Mark K. Downey
Drawer SS
McLean, VA 22101-0729

(703) 790-9433
downeydata@netzero.net

*Received 11/13/2014 11am mail*

# Will

I, Virginia R. Downey of sound mind, will the entire contents of my house, 6422 Noble Drive, McLean, VA 22101 to my Son, Mark K. Downey.  All other possessions are already marked POD and Joint-Tenant with Right of Survivorship, also willed to Mark K. Downey.


_____

**Virginia R. Downey**

**2/15/14**


_____

**Mark K. Downey**


City/County of _____Fairfax_____
Commonwealth of Virginia
Sworn to and subscribed before me this __15th__ day
of __Feb.__, 20 _14_ Witness my hand and official seal
_____
Notary Public
My Commission Expires _____8/31, 20 16__



# Deed of Gift

**THIS DEED OF GIFT**, Executed this March 3RD day of 2014.

by first party, Grantor, Virginia R. Downey
of P.O. Box 1224, McLean, VA 22101

to second party, Grantee, Mark K. Downey
of P.O. Drawer SS, McLean, VA 22101-0729

(TOTAL CONSIDERATION)

**Witnesseth,** the first party grants a full-ownership to
Mark K. Downey the right, title, interest and claim in
and to the following described parcel of land and
improvements and appurtenances of

**Property Number B-02-8-203-028 Grove Drive Whitmore Lake, MI 48189, Taxpayer Name Virginia Rose Downey.**

WASHTENAW COUNTY, MI
TOWNSHIP NORTHFIELD
LOT 658
WHITMORE LAKE
SUMMER HOMES SUBDIVISION

CONSIDERATION — NONE

IN WITNESS WHEREOF, the undersigned grantor has executed
this Deed of Gift under seal as of the date stated
above.

_____ (Seal)                    8/12/2014
Virginia R. Downey, Grantor

STATE OF VIRGINIA
COUNTY OF FAIRFAX

MASOUD TAHERZADEH
Notary Public
Commonwealth of Virginia
7513846
My Commission Expires Mar 31, 2016

Notary Public, State of Virginia
Notary's Commission expires:

I hereby accept the foregoing Deed of Gift as Grantee on
March 3RD, 2014,

_____           _____
Mark K. Downey, Grantee

(DRAFTED BY)
6841 ELM ST / DRAWER SS
McLEAN VA 22101-0729

Washtenaw County Register of Deeds
Submitted for Recording
10/27/2014, 11:00:00 AM

Time Submitted for Recording
Date 9/17 20 14 Time
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Washtenaw County Register of Deeds
Submitted for Recording
9/2/2014, 11:00:00 AM

Time Submitted for Recording
Date 10/3 20 14 Time
Lawrence Kestenbaum
Washtenaw County Clerk/Register

## Individual Acknowledgment

MARK DOWNEY   *Mark Downey*
10/31/14

**State of: Virginia**

Marleine W Awad
Notary Public
Registration Number 7099442
Commonwealth of Virginia
My Commission Expires March 31 2015

**County of: Fairfax**

 On D

**The following instrument was acknowledged before me this**

**By: (Notary Name)**

**Date:** 10/21/14

**My Commission Expires** March 31, 2015     **Notary Signature**

**Notary Stamp**

# COMMONWEALTH OF VIRGINIA CERTIFICATE OF DEATH
## DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**FOR DIVISION OF VITAL RECORDS**

REGISTRATION AREA NUMBER: 129
CERTIFICATE NUMBER: 2514

**DECEDENT**

1. FULL NAME OF DECEDENT (first) (middle): Virginia Rose D
female

3. DATE OF DEATH (mo.) (day) (year): July 10. 2014
4. AGE: 88

*Recording fee $14.00*

**PLACE OF DEATH**

7. NAME OF HOSPITAL OR INSTITUTION (OR DEATH, if none, so state): None / Residence

9. CITY OR TOWN OF DEATH: McLean

*Death Certificate must be recorded as a seperate Document. Thankyu*

**USUAL RESIDENCE OF DECEDENT**

11. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE: Virginia

13. CITY OR TOWN OF RESIDENCE: McLean
ZIP CODE: 2101

**PERSONAL DATA OF DECEDENT**

15. NAME OF DECEDENT'S FATHER: Ignacy Grohola

17. RACE OF DECEDENT: White
18. OF HISPANIC ORIGIN? If yes, specify Cuban, Mexican, Puerto Rican, etc.: X no / yes

20. CITIZEN OF WHAT COUNTRY: USA
21. BIRTHPLACE (state or country): Michigan
MARRIED / WIDOWED X: William H. Downey

24. SOCIAL SECURITY NUMBER: -5441
25. USUAL OR LAST OCCUPATION: Interior Designer
26. KIND OF BUSINESS OR INDUSTRY: Self Employed
27. INFORMANT OR SOURCE OF INFORMATION - RELATIONSHIP: Mark Downey - Son

**CAUSE OF DEATH**

**TO PHYSICIAN:**

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death) (A): Critical Aortic Stenosis
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST (B):
DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.: Dementia Atrial Fibrillation

28a. AUTOPSY? yes / no X

29. TIME OF INJURY (mo.) (day) (year)

28. To the best of my knowledge, death occurred at 9:16 Am DATE SIGNED: 7/15/14

ACTUAL SIGNATURE

NAME OF ATTENDING PHYSICIAN (type or print): Timothy R. Farrell, MD
ADDRESS OF ATTENDING PHYSICIAN: 1625 N. George Mason Drive. Arlington, VA

**FUNERAL DIRECTOR**

28. BURIAL X REMOVAL CREMATION
30. PLACE OF BURIAL REMOVAL, ETC. (name of cemetery or crematory): National Memorial Park
(city or county): Falls Church
(state): VA

31. (Signature of funeral director or person legally filing this certificate)
FUNERAL SERVICE LICENSEE / NEXT OF KIN
NAME OF FUNERAL HOME: Murphy Funeral Home
HOME/AND ADDRESS: 4510 Wilson Blvd. Arlington, VA 22203

**REGISTRAR**

32. (signature of registrar)
DATE RECORD FILED: 7/22/14

RESERVED FOR REGISTRAR'S USE

Time Submitted for Recording
Date 10/3 2014 Time 100p
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Time Submitted for Recording
Date 9/17 2014 Time
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Washtenaw County Register of Deeds
Submitted for Recording
9/2/2014, 11:00:00 AM

This is to certify that this is a true and correct reproduction of the original record filed with the FAIRFAX COUNTY HEALTH DEPARTMENT, FAIRFAX VIRGINIA.

DEPUTY REGISTRAR

VOID IF ALTERED OR DOES NOT BEAR IMPRESSED SEAL

**NORTHFIELD TOWNSHIP TREASURER**     **2018**    **Winter**      Bill #:      10

### MESSAGE TO TAXPAYER

TAXES ARE DUE 2/14/19. POSTMARKS ARE NOT ACCEPTED AS PAYMENT DATE. BEGINNING 2/15/19, 1% INTEREST & 3% PENALTY IS APPLIED TO THE TAX BILL. FAILURE TO RECEIVE YOUR TAX BILL DOES NOT EXEMPT YOU FROM PAYING OR BEING ASSESSED LATE FEES. THE LAST DAY TO PAY TAXES AT NORTHFIELD TWP INCLUDING INTEREST & PENALTY IS 2/28/19. ON 3/1/19, ALL TAXES ARE PAYABLE TO WASHTENAW CTY. SENIORS, VETERANS, & FARMERS MAY QUALIFY FOR DEFERMENTS. 12/26/18 OFFICE OPEN TO

### PAYMENT INFORMATION

**This tax is due by: 02/14/2019**

Pay by mail to:    NORTHFIELD TOWNSHIP TREASURER
8350 MAIN STREET, P.O. BOX 576
WHITMORE LAKE, MI   48189-0576
(734) 449-2880 EXT. 11

### PROPERTY INFORMATION

Property Assessed To:
   DOWNEY, MARK K
   P O DRAWER SS
   MC LEAN, VA 22101

               WHITMORE LAKE (81140)

Prop #: B -02-08-203-028      School: 81140
Prop Addr:   GROVE DR

Legal Description:
*OLD SID - B 02-115-357-00 NO 45-422 LOT 658 WHITMORE LAKE SUMMERHOMES SUBD'N.

### TAX DETAIL

| | | |
|---|---|---|
| Taxable Value: | 113 | RESIDENTIAL VACANT |
| State Equalized Value: | 200 | Class: 402 |
| PRE/MBT %: | 0.0000 | |

Mort Code:

Taxes are based upon Taxable Value.
1 mill equals $1.00 per $1000 of Taxable Value.
Amounts with no millage are either Special
Assessments or other charges added to this bill.

| DESCRIPTION | MILLAGE | AMOUNT |
|---|---|---|
| WL SCH OPERATING | 18.00000 | 2.03 |
| WL SCHOOL DEBT | 8.39000 | 0.94 |
| WL RECREATION | 0.58830 | 0.06 |
| WL SINKING FUND | 1.00000 | 0.11 |
| NORTHFIELD TWP | 0.78320 | 0.08 |
| NFLD POLICE | 4.40920 | 0.49 |
| NFLD FIRE | 1.98680 | 0.22 |
| BUILDING BOND | 0.76180 | 0.08 |
| NFLD LIBRARY | 1.24770 | 0.14 |
| WASH COM COLLEGE | 3.39780 | 0.38 |
| WASHTENAW ISD | 5.36410 | 0.60 |
| COUNTY HCMA | 0.21290 | 0.02 |
| COUNTY PARKS | 0.47580 | 0.05 |
| COUNTY NAT AREA | 0.23560 | 0.02 |
| COUNTY EECS | 0.19550 | 0.02 |
| COUNTY VET RELF | 0.09830 | 0.01 |
| ROADS | 0.49220 | 0.05 |
| MH & PUB SAFETY | 0.99180 | 0.11 |
| WHITMORE LAKE IM | 0.00000 | 35.00 |
| HORSESHOE LAKE O | 0.00000 | 5.00 |
| | | |
| Total Tax | 48.63100 | 45.41 |
| Administration Fee | | 0.05 |
| | | |
| **TOTAL AMOUNT DUE** | | **45.46** |
| PREV. PAYMENTS | | |
| BALANCE DUE | | **45.46** |

### OPERATING FISCAL YEARS

The taxes on bill will be used for governmental operations for the following fiscal year(s):

| | |
|---|---|
| County: | 01/01/2018 - 12/31/2018 |
| Twn/Cty: | 07/01/2018 - 06/30/2019 |
| School: | 07/01/2018 - 06/30/2019 |
| State: | 10/01/2018 - 09/30/2019 |

Dates Do NOT affect when tax is due or the amount

---

Please detach along perforation. Keep the top portion. See reverse side for further information.

---

Mort Code                               Bill #

Pay this tax to:

   NORTHFIELD TOWNSHIP TREASURER
   8350 MAIN STREET, P.O. BOX 576
   WHITMORE LAKE, MI   48189-0576
   (734) 449-2880 EXT. 11

PLEASE RETURN THIS PORTION WITH PAYMENT. THANK YOU.

**This tax is due by: 02/14/2019**

**After**   02/14/2019   additional interest and fees apply

2018   Winter     Tax for Prop #:   B -02-08-203-028

**TAXPAYER NOTE:** If the name or mailing address is incorrect, please complete an Address Change Form at our office, or print from the website (www.twp-northfield.org) and mail to our office. Thank You.

Make Check Payable To:   NORTHFIELD TOWNSHIP TREASURER

Property Addr:   GROVE DR

TOTAL AMOUNT DUE:        45.46

*******AUTO**MIXED AADC 493
DOWNEY, MARK K
PO BOX SS
MC LEAN, VA 22101-0729

Amount Remitted: _____



**NORTHFIELD TOWNSHIP TREASURER**          2017      Winter      9      Bill #:

| MESSAGE TO TAXPAYER | PAYMENT INFORMATION |
|---|---|
| TAXES ARE DUE 2/14/18. POSTMARKS ARE NOT ACCEPTED AS PAYMENT DATE. BEGINNING 2/15/18, 1% INTEREST & A 3% PENALTY IS APPLIED TO THE TAX BILL. FAILURE TO RECEIVE YOUR TAX BILL DOES NOT EXEMPT YOU FROM PAYING OR BEING ASSESSED LATE FEES. THE LAST DAY TO PAY TAXES AT NORTHFIELD TWP INCLUDING INTEREST & PENALTY IS 2/28/18. ON 3/1/18, ALL TAXES ARE PAYABLE TO WASHTENAW CTY. SENIORS, VETERANS, & FARMERS MAY QUALIFY FOR DEFERMENTS. 12/28/17 OFFICE OPEN TO 5. | **This tax is due by:   02/14/2018**<br><br>Pay by mail to:   NORTHFIELD TOWNSHIP TREASURER<br>8350 MAIN STREET, P.O. BOX 576<br>WHITMORE LAKE, MI   48189-0576<br>(734) 449-2880 EXT. 11 |

### PROPERTY INFORMATION

Property Assessed To:
 DOWNEY, MARK K
 P O DRAWER SS
 MC LEAN, VA 22101

                                  WHITMORE LAKE (81140)

Prop #: B -02-08-203-028          School: 81140

Prop Addr:  GROVE DR

Legal Description:
*OLD SID - B 02-115-357-00 NO 45-422 LOT 658 WHITMORE LAKE SUMMERHOMES SUBD'N.

*PAID UNDER PROTEST (hand-written) 2/16/18*

### TAX DETAIL

| | | |
|---|---|---|
| Taxable Value: | 111 | RESIDENTIAL VACANT |
| State Equalized Value: | 200 | Class: 402 |
| PRE/MBT %: | 0.0000 | |
| | | Mort Code: |

Taxes are based upon Taxable Value.
1 mill equals $1.00 per $1000 of Taxable Value.
Amounts with no millage are either Special
Assessments or other charges added to this bill.

| DESCRIPTION | MILLAGE | AMOUNT |
|---|---|---|
| WL SCH OPERATING | 18.00000 | 1.99 |
| WL SCHOOL DEBT | 8.09000 | 0.89 |
| WL RECREATION | 0.59200 | 0.06 |
| WL SINKING FUND | 0.99090 | 0.10 |
| NORTHFIELD TWP | 0.78850 | 0.08 |
| NFLD POLICE | 4.43850 | 0.49 |
| NFLD FIRE | 2.00000 | 0.22 |
| BUILDING BOND | 0.81950 | 0.09 |
| NFLD LIBRARY | 1.25610 | 0.13 |
| WASH COM COLLEGE | 3.42670 | 0.38 |
| WASHTENAW ISD | 5.41090 | 0.60 |
| COUNTY HCMA | 0.21400 | 0.02 |
| COUNTY PARKS | 0.47990 | 0.05 |
| COUNTY NAT AREA | 0.23760 | 0.02 |
| COUNTY EECS | 0.19720 | 0.02 |
| COUNTY VET RELF | 0.09920 | 0.01 |
| ROADS | 0.49630 | 0.05 |
| WHITMORE LAKE IM | 0.00000 | 35.00 |
| HORSESHOE LAKE O | 0.00000 | 4.81 |

### OPERATING FISCAL YEARS

The taxes on bill will be used for governmental
operations for the following fiscal year(s):

| | |
|---|---|
| County: | 01/01/2017 - 12/31/2017 |
| Twn/Cty: | 07/01/2016 - 06/30/2017 |
| School: | 07/01/2016 - 06/30/2017 |
| State: | 10/01/2016 - 09/30/2017 |

Dates Do NOT affect when tax is due or the amount

| | | |
|---|---|---|
| Total Tax | 47.53730 | 45.01 |
| Administration Fee | | 0.05 |
| **TOTAL AMOUNT DUE** | | **45.06** |
| PREV. PAYMENTS | | |
| BALANCE DUE | | **45.06** |

Please detach along perforation.  Keep the top portion. See reverse side for further information.