UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOWNEY,

    Plaintiff,                                             Civil Case No. 19-10534

vs.                                                            HON. MARK A. GOLDSMITH

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## ORDER DENYING REQUEST TO CHANGE VENUE (DKT. 18) AS MOOT

This matter is before the Court on Plaintiff Mark Downey's request to change venue (Dkt. 18). Because this matter was dismissed on April 22, 2019 (Dkt. 11), Downey's motion to change venue is untimely and must be denied as moot. See Chandler v. Cook, 985 F.2d 559, 1993 WL 15124, at *1 (6th Cir. 1993) (noting that a "request for a change of venue is moot insofar as it relates to cases that have been closed"). Accordingly, Downey's request to change venue (Dkt. 18) is **DENIED** as moot.

    SO ORDERED.

Dated: June 28, 2019                              s/Mark A. Goldsmith
   Detroit, Michigan                         MARK A. GOLDSMITH
                                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 28, 2019.

                                                     s/Erica Karhoff on behalf of
                                                     Karri Sandusky, Case Manager